### SCILLEY ag$^t$ THAYER

Thomas Scilley plaint. ag$^t$ Richard Thayer Defend$^t$ in an action of the case for breach of bond by the non paym$^t$ of ten pounds mony

due to the s^d Scilley by an Award and also weekely wages due as by the bond bearing date. 22° January. 1677. and an award under the hands of Samuel White & Christopher Webb bearing date. pr° March 1677/8. will more fully appeare w^th all other due damages &c. . . The Jury . . . found for the plaint. the Forfiture of the bond being Fifty pounds mony and costs of Court: Vpon hearing of both partys the Court chancered this Forfiture to twenty five pounds of s^d Summe & costs of Court granted thirty four Shillings 4^d

Execution issued 20th May. 1678.